IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

   vs.                     : CRIMINAL NO: CR-1-02-136
                                 : JUDGE WEBER

**KEVIN MICHAEL SHEA,**

      **Defendant.**

## SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties.

                                              Respectfully submitted,

                                              GREGORY G. LOCKHART
                                              United States Attorney

                                              s/Deborah F. Sanders
                                              DEBORAH F. SANDERS (0043575)
                                              Assistant United States Attorney
                                              Southern District of Ohio
                                              303 Marconi Boulevard, Suite 200
                                              Columbus, Ohio 43215-2401
                                              (614) 469-5715

N:\_ECF Workload\DSanders\shea, kevin.wpd